AO 442 (Rev. 11/11) Arrest Warrant

FID 687408

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

United States of America
v.
TOMMIE CONNER

Case No. 21-cr-20216-JTF

*Defendant*

USM# 18569076

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* TOMMIE CONNER, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18: § 922(g)(1) Possession of Firearm by a Convicted Felon

Date: 09/30/2021

*Issuing officer's signature*

City and state: Memphis, Tennessee

Thomas M. Gould-U.S. District Clerk
*Printed name and title*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |

598-5087

*Arresting officer's signature*

Date: 10-12-21

Zachery Gatlin Sgt. P9N
*Printed name and title*